IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JESSE TALTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>B&G FOODS, INC.<br><br>        Defendant. | Case No.: 2:23-cv-22691 |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FLSA COLLECTIVE AND RULE 23 CLASS ACTION SETTLEMENT**

Plaintiff Jesse Talton ("Plaintiff") on behalf of himself and all others similarly-situated hereby moves pursuant to Fed. R. Civ. P. 23(e) for preliminary approval of the hybrid Class and Collective Action Settlement Agreement ("Agreement") reached between Plaintiffs and Defendant. Plaintiff respectfully moves the Court, without opposition by Defendants, to grant the following relief:

    1.    Preliminarily approve the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit 2.

    2.    Certify under Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") for purposes of settlement, the following FLSA Class:

> All current and former hourly production workers employed by Defendant or B&G Food Snacks, Inc. at the Yadkinville, North Carolina facility ("Collective Members") during any time from November 28, 2020, through July 25, 2024 ("Collective Period").

    3.    Certify under the North Carolina Wage and Hour Act and North Carolina common law pursuant Fed. R. Civ. P. 23, for purposes of settlement, the following Settlement

Class:

> All current and former hourly production workers employed by Defendant or B&G Food Snacks, Inc. at the Yadkinville, North Carolina facility ("Class Members,") during any time from November 28, 2021, through July 25, 2024 ("Class Period"). Together, the FLSA Collective Members and the North Carolina Class Members are referred to as the "Classes."

4. Preliminarily approve Plaintiff Jesse Talton as representative of the Classes.

5. Preliminarily approve Goodley McCarthy LLC and Parmet PC as Class Counsel for the Classes.

6. Preliminarily approve RG/2 Claims Administration LLC as Settlement Administrator.

7. Preliminarily approve the Settlement Administrator's costs of claims administration.

8. Approve the Settlement Class Notice, a true and correct copy of which is attached hereto as Exhibit A to the Settlement Agreement;

9. Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Settlement Agreement.

Dated: <u>November 20, 2024</u>   Respectfully Submitted,

**GOODLEY McCARTHY LLC**

by:   /s/ Ryan P. McCarthy
Ryan P. McCarthy, Esq.
PA Attorney ID: 323125
James E. Goodley, Esq.
PA Attorney ID: 315331
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
ryan@gmlaborlaw.com

**Matthew S. Parmet**
TX Bar # 24069719

(admitted pro hac vice)
**Parmet PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5200
matt@parmet.law

*Attorneys for Plaintiff and*
*the Proposed Class and Collective*