IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JESSE TALTON, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : Civil Action No.: 2:23-cv-22691 |
| v. | : : : |
| B&G FOODS, INC. | : : : |
| Defendant. | : : |

**ORDER**

**AND NOW**, this 9th day of April, 2025, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of FLSA Collective and Rule 23 Class Action Settlement, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

I. The Parties' Settlement Agreement is approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2) and under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

II. For the purposes of settlement, the following FLSA Class is preliminarily certified under 29 U.S.C. § 216(b):

> All current and former hourly production workers employed by Defendant or B&G Food Snacks, Inc. at the Yadkinville, North Carolina facility ("Collective Members") during any time from November 28, 2020, through July 25, 2024 ("Collective Period").

III. For purposes of settlement, the following Settlement Class is preliminarily certified under Fed. R. Civ. P. 23(a), (b)(3) and (e)(2):

All current and former hourly production workers employed by Defendant or B&G Snacks, Inc. at the Yadkinville, North Carolina facility ("Class Members,") during any time from November 28, 2021, through July 25, 2024 ("Class Period"). Together, the FLSA Collective Members and the North Carolina Class Members are referred to as the "Classes."

IV. Plaintiff Jesse Talton is preliminarily approved as representative of the FLSA Collective and the North Carolina Class.

V. Goodley McCarthy LLC and Parmet PC is preliminarily approved as Class Counsel for the FLSA Collective and the North Carolina Class.

VI. RG/2 Claims Administration LLC (the "Administrator") is preliminarily approved as Settlement Administrator. The Settlement Administrator's costs of claims administration are preliminarily approved.

VII. The Notice of Class and Collection Action Settlement, attached to the Settlement Agreement at Exhibit A (the "Notice"), is approved and shall be distributed to the Classes pursuant to the terms of the Settlement Agreement.

VIII. The following schedule for the remainder of the Final Approval Process is hereby approved as follows:

    a. Defendant shall mail all required notices to State and Federal officials as provided under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, no later than December 2, 2024.

    b. No later than __April 23__, 2025 (fourteen (14) days after the grant of preliminary approval), Defendant will provide to the Administrator all contact information for the Classes.

    c. No later than __April 30__, 2025 (twenty-one (21) days after the grant of preliminary approval), the Administrator will mail the Notices to the Classes.

   d. The deadline for Class Members to request exclusion from the Class or to post an objection to the Settlement Agreement shall be no later than ___June 16___, 2025 (at least forty-five (45) days after the mailing of the Notice).

   e. Class Counsel shall file a Motion for Final Approval of Class Action Settlement (including any requests for approval of attorneys' fees and costs), and any responses to any objections, no later than _____July 9_____, 2025 (fifteen (15) days before the Final Approval Hearing).

IX. The Final Approval Hearing will take place on ___July 24___, 2025, at 2:00 p.m. ET before Judge Claire Cecchi, U.S.D.J., in Courtroom 5B, MLK Building, 50 Walnut Street, Newark, New Jersey.

**BY THE COURT:**

*/s/ Claire C. Cecchi*
_____
Cecchi, U.S.D.J

3